(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Delbert Duane Sampson  204291
(Name of Plaintiff)    (Inmate Number)

2555 S. Little Creek Rd. Dover, De. 19901
(Complete Address with zip code)

05-741

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) State of Delaware,
(2) Attorney General
(3) U.S. Marshal (285 form)
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •(•Yes)•  • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) •• No

C. If your answer to "B" is Yes:

1. What steps did you take? Notified, Ron Hosterman, Consilor Kemp. "W" Building. Habeas Corpus, Appeal-320;2004)

2. What was the result? Prothonatary; Lisa Bowman; Say'es Aug 31, 2005 Superior Court Filed incorrectly; No motion to Attorney modification General Office Delaware

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: State de Laware - Attorney General, Marshal Farm 285
    Employed as Attorney General at Clerk
    Mailing address with zip code: U.S. District Court; Lock wood 18, 844 N. King Street; Wilmington, DE; 19801

(2) Name of second defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. CRA. NO. VK01-05-0391, on June 30, 004 Probation revoked; No new charges, My Probation was a "Plea-Bargain" Probation; signed Agreement, Judge Vaugh; Superior Court, Released me on Probation. On Revokation, sentenced, two years, credit for my time served is Being (was) given, Prison Records; An, 8-19-05, Superior Court Committment, show Tany Allowed credit for time served, should have been Released Aug 1, 2005. Request Payment State; Delaware, for false-imprisonment; usual Rate $250/day.

3. _____

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Usual Rate, $250/day/ To relief; State Short, (No, Probation), No court costs.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __10__, 2005.

*Dellert D. Sampson*
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Delbert Sampson
SBI# 304291  UNIT W-C-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk.
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, De. 19801


U.S. MAIL X-RAY