TO   Attorney General

From: Delbert Sampson, D.O.C Smyrna; 206291, W-G-18

Reference: (My statement) Justice Ridgely, of course, knew of "credit time served" But in way of a Judge of Delaware Court System, wants to display Amnesty; But also Jurisprudence; correct administration of Delaware laws; Justice Ridgely is Obviously deferring, legal mention of Credit For Time Served, time to His ADD-ON of SENTENCE, A Review; July, 15, 2005, to insure sentence compliance, By Prison facilities.
   The "may be released" condition is also current July 15, 2005, As inmate was only Probation rules violation, not criminal sentencing "Not A" new charge" - Justice Ridgely's intension was at "Review" July 15, 2005 To legal mention in Probation Revoked case, rules violations, To show "compliance" To "Credit time served" as well as Juri"Prudence" "Two year sentence" the average sentencing in Delaware Court's for Probation rules violation "Non-criminal". Showing "Justice" as "Jurisprudence" this Review with Delbert Sampson, compliance taking the voluntary "Personal Challenge's; sex offense in "W" Building complex, willingness of inmate, Too be "more certain" of probation, condition An Rules, costing Delaware nothing, only Justice, "credit for time served" But in Judgement Language, seeming superior Judgement in Superior Court, As Also Judge Vaught shows two year probation, But is "in" Jail credit time to His probation