Read → PLEASE return my Legal Forms, certificate Dated

TO: United States District Judge
11-5-2005
From: Delbert Duane Sampson, SBI# 204296; D.C.C.; 1181 W-G-B, Paddock Rd Smyrna, De. 19977

Reference: IN forma pauperis
Civil Action No. 05-741-GMS

FILED
NOV 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir;

As required, show current receipt of inmate Account; Commissary; to Answer Nov 4 2005 Civil Action No. 05-741-GMS, on Loan from my Sister to pay for stamps, envelopes, items not supplied, By D.C.C. Smyrna. I have No income due to my Vetern Compensation, for Lower Spine disorder, Disability - walking - movement impairment, require visits to Elmsmere, V.A. Hospital, Wichington, D An was "not Allowed" to use the Elmere V.A. Hospital As my "Probation" revoked July-8-2004.
Can't Recieve Compensation while in Jail, or Social Security.

My In forma pauperis on Appeal 320, 2004; To Supreme Court Delaware was "in effect, so; should be same in "Civil Lawsuit."
My Appeal 320, 2004 - was in "failure to Complie with my July 8-2004 Superior Court, Justise Ridgely - Probation Revocation - Part of My Sentence At Review July 15-2005 could be released D.C.C. Level-5 to Level 3 on complet of Sex offender Class D.C.C. Smyrna, But Mr MaHan would not give me class (program) So I Filed Appeal "320, 2004", on Being Transferr By my Appeal Efforts, An I N "W" Building the male-female Sex offender Program, was Supplied, As Mr MaHan on does Male-Male Sex offense - I Denied Being Homos...

So Mr. Mahan a Consilor in "E" Building - Labeled me a Denier - a stigma - still prejudicing me, even though I was more than willing to take "E" Building - Male-Male- program - this occurs all the time in "E" Building to inmates that have male-Female, sex offense record, an I from talking to other "E" inmates that sitting around for 2 years would no get me, the promise level-5 = to level-3 at review - this was granted - But Prothonotary Dover Superior Court in Legal-Mail-Letter to me - Sayes Superior Court mis filed - not correct legal procedure my level-3 probation Release - Aug 15, 2005, Please need credit for my time served. My Health not good- an I completed, 3, cycles, of "W" Building "Male-Female" inmate sex offender, called "P.C. Prevention Abuse" of the "Personal" Challenge Program; P.C. Prevention is under→
→ 18 Age group in Delaware Law.

I talked many times to Prison D.C.C. officials, An Paralegal's, all agree simply "Paper work-Error" on my Release to level-3, But must resort to Legal Court, As legal-Help I n my limited means not available;



IM Delbert Dragne Stompson
SBI# 204291   UNIT W-6-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFice oF THe Clerk
United States District Court
844 N King Street, Lock Box 18
Wilmington, Delaware
19801-3570

U.S.M.S. X-RAY