**Receipt for Deposit**
Bureau of Adult Corrections
State of Delaware

Institution: DCC    Trans #: 160004    Date: 9/20/2005

Funds were received by mail    Bldg: W1
for your account:    Credited:    On Hold:
    $100.00    $0.00

Resident: Sampson, Delbert

   SBI # 00204291    Received From:

Source: Business Office (m)    E FAUCETT

    DOVER DE

#09·07·05

Delbert
Sampson

1·70 +
1·31 +
0·37 +
0·04 +

0004

5·50 *

8·72 +
3·50 −

0002

5·22 *

FORM#: 633-A, F & B (9/2/99)
Print Clearly and Legibly

**COMMISSARY LIST**
(FRONT SIDE)

Tier: G    Cell#: 18

Print Name: Delbert Sampson    SBI#: 234929    Building: W-BB    Date: 9-26-200    Signature: Delbert Sampson

| # Ordered | ITEM | Substitution A | Substitution B | # Filled |
|---|---|---|---|---|
| 2 (Example) | Milky Way Candy Bar (Example) | Kit Kat Bar (Example) | None (Example) | |
| 1 | Keefe coffee Regiwst. | | | |
| 1 | Flex Sugar Cubes | | | |
| 1 | Legal Pad | | | |
| 3 | Legal envelopes | | | |
| 3 | 37¢ stamps | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| xxxxxxxx | CONTINUE LIST ON THE BACK | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXX |

**INSTRUCTIONS:** Print your name, SBI#, Building, and the current Date in the appropriate spaces at the top of the form.

You may make 2 substitutions in case an item is out of stock. Indicate NONE if you desire NO Substitutions, or ANY if you will accept any item of the same type as a substitute. For example, if the Commissary was out of Milky Way bars and you put ANY in Substitution A, the Commissary would fill your order with any candy bar they had in stock.

**NOTE:** Check your bag at the window. **DO NOT LEAVE,** then return saying that something is missing.

IN THE SUPREME COURT OF THE STATE OF DELAWARE

DELBERT D. SAMPSON,                    )
                                       )
    Defendant-Below,                   )
    Appellant,                         )
                                       )
                                       )    No. 320,2004
    v.                                 )
                                       )
STATE OF DELAWARE,                     )
                                       )
    Plaintiff-Below,                   )
    Appellee.                          )

*EXHIBIT # IV*

*motion 3 copies*

---

ON APPEAL FROM THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

---

APPELLANT'S BRIEF UNDER RULE 26 (C)


DEBORAH L. CAREY, ESQUIRE
Assistant Public Defender
Public Defender's Office
45 THE GREEN, SYKES BLDG
Dover, Delaware 19901
(302) 739-4476 ext. 207
ID# 002852
Attorney for Defendant Below,
Appellant

DECEMBER 22, 2004

Exhibit

**Offender Status Sheet**

Date: 07/20/2005

| | | | | |
|---|---|---|---|---|
| SBI #: | 00204291 | Name: DELBERT D SAMPSON | | |
| Location(s): DCC | | Level(s): 5 | Race: WHITE | DOB: 09/23/1943 |
| AKA: | DUANE D SAMPSON | | | |
| Offender Type: | Sentenced | | Officer(s): | |

**Level: 5**

| Start Date: 06/30/2004 | MED: 06/29/2006 | STRD: 04/30/2006 | ADJ: 04/30/2006 | PED: | Statutory Days Earned: | 60.00 |

| CASE#/ Court/Type | CRA#/ Judge | Charge Desc/ Sen. Type/Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0105006562 | VK0105039101 | VIOL O/PROBATN | Current | 2 | 0 | 0 | 06/30/2004 | 06/29/2006 | 04/30/2006 | 04/30/2006 | | |
| U8 | Henry  Dupont Ridgely | STANDARD | 07/09/2004 06/30/2004 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VK0105039101 | 5 | CRT1 | Other Conditions: | AS TO VK01-05-0391 (VOP - RAPE 4TH) SENTENCED TO 4 YEARS LEVEL 5 SUSPENDED AFTER 2 YEARS LEVEL 5 FOR 1 YEAR LEVEL 3 FOLLOWED BY 2 YEARS LEVEL 2  LEVEL 5 MAY BE SUSPENDED UPON SUCCESSFUL COMPLETION OF A SEX OFFENDER TREATMENT PROGRAM AS DETERMINED BY DOC  SHALL RECEIVE MENTAL HEALTH EVAL AND COMPLY WITH ALL RECOMMENDATIONS FOR COUSELING AND TREATMENT DEEMED APPROPRIATE. KF |
| | | | | ** PER MODIFIED ORDER DATED 7/15/05 ** SENTENCE MODIFIED TO: EFFECTIVE 8/15/05 THE LEVEL 5 PORTION OF SENTENCE IS SUSPENDED.  THE DEFENDANT IS SENTENCED AS FOLLOWS:  SENTENCED TO 4 YEARS LEVEL 5, SUSPENDED FOR 1 YEAR LEVEL 3.  FOLLOWED BY 1 YEAR LEVEL 2. |
| | | | | THE PRESENTENCE OFFICE TO VERIFY THAT THE PROGRAM THE DEFENDANT COMPLETED IS A SEX OFFENDER PROGRAM. IF THE PROGRAM IS VERIFIED THAT IT IS, THE DEFENDANT SHALL BE RELEASED ON 8/15/05.  IF THE PROGRAM IS NOT A SEX OFFENDER PROGRAM, THEN THE DEFENDANT IS TO BE BROUGHT BACK TO COURT FOR A REVIEW OF SENTENCE. DH |

*Read*

*Not my Fault THE Superior court Did not File Paper-work Correctly*

*D. Sampson*

Page 1 of 1



*EXHIBIT*
*XIV*

**State of Delaware**
**Superior Court**

Lisa M. Lowman

PROTHONOTARY

KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DELAWARE 19901

TELEPHONE:  739 - 5328
            739 - 3184

**August 31, 2005**

**To:**  *Delbert Sampson, Cr. I. D. No. 0105006562*

**Re:**  *Request for Modification of Sentence*

*AFTER REVIEWING YOUR CORRESPONDENCE ADDRESSED TO THE COURT, THE COURT HAS DETERMINED THAT THE CORRESPONDENCE MUST BE RETURNED TO YOU WITHOUT FURTHER CONSIDERATION FOR THE FOLLOWING REASON(S):*

( **X** )  Requests for action by the Court, such as requests for modification of sentence, must be in the form of a motion.

( **X** )  The Court will not consider motions or other correspondence that do not contain all the following information: the criminal action number(s) for the case that is the subject matter of your correspondence, the inmate's full name and any aliases, date of birth, and SBI number, the inmate's sentencing date, and the name of the sentencing judge.  All of this information is listed on the status sheet provided by the Department of Correction.



( **X** )  Motions, requests for action by the Court,  must be sent signed under the penalty of perjury and be sent directly to the Prothonotary's Office to be docketed and referred to the Judge. A copy of the motion must be served upon the Department of Justice, Office of the Attorney General, with an attached certificate of service.  Do not send your motion, or a copy of the motion, directly to the Judge.

(   )  The Court's records do not indicate a case involving you in Superior Court regarding the criminal action number(s) you have listed.    Your correspondence has been returned to you to file in the appropriate court or for further identifying information.

(   )  Court records show that you are represented by _____.
The Court will not accept *pro se* applications for relief by defendants who are represented by counsel unless the Court has granted permission to participate with counsel in the defense.  (See Super. Ct. Crim. Rule 47).

EXHIBIT
XXII



# PC-ABUSE PREVENTION

## Personal Challenges Program

Pre-Release Program
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

# Child Abuse Prevention
## Personal Challenges Program

## CONTENTS

**Part I ~INTRODUCTION**
- Introduction
- Family Child Abuse

**Part II ~ RECOGNIZING THE WARNING SIGNS**
- Recognizing The Warning Signs
- Understanding The Signs Of Sexual Child Abuse
- Questions

**Part III ~ IS SEXUAL CHILD ABUSE A LEARNED PROCESS?**
- Pre-School and School Level:
- Family Level:
- Social Level:
- Questions

**Part IV ~FREQUENCY OF SEXUAL CHILD ABUSE**
- According to the National Center on Sexual Child Abuse and Neglect

**Part V ~ HOW DO YOU PLAN TO DEAL WITH LIFE AND SOCIETY WHEN YOUR OUT?**
- Current Events In The News
- Awareness
- Questions

**Part VI ~ WHAT IS SEXUAL CHILD ABUSE OFFENDER?**
- What constitutes a Sexual Child abuse offender
- A Useful Tool for Self-Assessment
- Questions

**Part VII ~SEXUAL TRIGGERS**
- CYCLE OF ABUSE

**Part VIII ~ CONDITIONS OF PROBATION**
- Reviewing Post Release Plans
- Condition Of Supervision
- Sex Offender Special Conditions Addendum
- Briefing Risk/Tier Assessment

**Part IX ~ TWELVE {12} STEPS**
- Reviewing Post Release Plans
- Questions

**Part X ~ THE SOLUTIONS**
- Reviewing Post Release Plans
- The Cycle Of Sexual Abuse Stops With Me
- The Four (4) Steps Of Self-Change

*Contributions made by: Senior Correctional Counselors Linda Kemp, Kay Sturtz and Kenneth Milbourne. Support services: D.C.C. Treatment Dept. and D.C.C. Education Dept. Special Thanks to: Cecil Holland and the D.C.C. Computer Lab.*

EXHIBIT XXIV: G-18 ©

# CERTIFICATE OF RECOGNITION

## Pre-Release Program
### Delaware Correctional Center
### Smyrna Delaware

This is to certify that

Delbert D. Sampson

00204291

Has completed the following groups

PC Abuse Prevention

P.R.P
D.C.C

Presented this 20th day of July 2005

TEAM LEADER

Thomas L Carroll
TOM CARROLL
WARDEN

RON HOSTERMAN
TREATMENT ADMINISTRATOR