



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT DUANE SAMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE ATTORNEY )<br>GENERAL, )<br>)<br>Defendant. ) | Civil Action No. 05-741-GMS |

**ORDER**

WHEREAS, plaintiff Delbert Duane Sampson ("Sampson"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, Sampson was granted leave to proceed *in forma pauperis* and the Court ordered Sampson to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, Sampson filed documents on November 16, 2005 but they are that they are deficient inasmuch as the documents do not contain information for the six-month period immediately preceding the filing of the complaint (D.I. 4);

THEREFORE, at Wilmington this 28th day of December, 2005, IT IS HEREBY ORDERED that plaintiff Delbert Duane Sampson shall file a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint WITHIN 30 DAYS FROM THE DATE OF THIS ORDER OR THE ACTION