IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT DUANE SAMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-741-GMS |
| | ) |
| STATE OF DELAWARE, and | ) |
| ATTORNEY GENERAL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Delbert Duane Sampson filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 28, 2005, the court entered an order requiring the plaintiff to submit, within 30 days from the date of the order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required documents have not been received from the plaintiff;

THEREFORE, at Wilmington this 31st day of March, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with the December 28, 2005 order.

UNITED STATES DISTRICT JUDGE