Delbert Duane Sampson
SBI# 204291
DCC
1181 Paddock Road
Smyrna, DE 19977

05-741 (gms)

RECEIVED
APR - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT DUANE SAMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-741-GMS |
| | ) |
| STATE OF DELAWARE, and | ) |
| ATTORNEY GENERAL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Delbert Duane Sampson filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 28, 2005, the court entered an order requiring the plaintiff to submit, within 30 days from the date of the order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required documents have not been received from the plaintiff;

THEREFORE, at Wilmington this 31st day of March, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with the December 28, 2005 order.

_____
UNITED STATES DISTRICT JUDGE